IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>I N F O R M A T I O N</u> |
| Plaintiff, | ) | |
| v. | ) | CASE NO.: 1:22 CR 0005 |
| | ) | Title 18, United States Code, Section 1709 |
| INDIA SAMUEL, | ) | JUDGE POLSTER |
| Defendant. | ) | MAG. JUDGE RUIZ |

<u>COUNT 1</u>
(Theft of Mail by Postal Employee, 18 U.S.C. § 1709)

The United States Attorney charges:

Between on or about September 2020, to on or about January 2021, in the Northern District of Ohio, Eastern Division, Defendant INDIA SAMUEL, a United States Postal Service employee, did knowingly embezzle, steal, or remove mail entrusted to her and which came into her possession intended to be conveyed by mail, or carried or delivered by a person employed in any department of the Postal Service; and did steal, abstract and remove from such mail, articles and things contained therein, to wit: $628.19 in checks; approximately $192 in U.S. currency, and seven gift cards totaling approximately $200, in violation of Title 18, United States Code, Section 1709.

BRIDGET M. BRENNAN
United States Attorney

By: *[signature]*
EDWARD F. FERAN
Chief, General Crimes Unit